1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
   LINDSAY HOOPES
6  Law Clerk

7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
8     Telephone: (415) 436-6809
      Facsimile: (415) 436-7234
9     E-Mail: wendy.thomas@usdoj.gov

10 Attorneys for Plaintiff

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,    ) | Case No. CR 08-0116 MAG
15 |         Plaintiff,           )
16 |    v.                        ) | **MOTION FOR SUMMONS**
17 | THANH DINH, and,             )
   | CUONG TRAN, and              )
18 | QUANG TRAN,                  )
   |         Defendants.          )
19 |                              )

20    Based on the facts set forth in the Declaration of Lindsay B. Hoopes in Support of the

21 United States' Motions for Summons, the United States hereby requests that the Court issue a

22 summons for defendant Thanh Dinh, at 11 Riverside Court, Bay Point, California, 94565. The

23 //

24 //

25 //

26 //

27 //

28 //

MOTION FOR SUMMONS
Case No. CR 08-0116 MAG

1 | facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant
2 | to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 21, 2008                              /s/
WENDY THOMAS
Special Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-0116 MAG                -2-