1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
2008 MAR 24  AM 10: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0116 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR SUMMONS |
| THANH DINH, and, | ) | |
| CUONG TRAN, and, | ) | |
| QUANG TRAN, | ) | |
| Defendants. | ) | |

Having reviewed the Declaration of Lindsay B. Hoopes, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Thanh Dinh, 11 Riverside Court, Bay Point, California, 94565, to appear on April 16, 2008 at 9:30 a.m. before the Honorable James Larson to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 03/24/08

THE HONORABLE
United States Magistrate Judge
Judge Joseph C. Spero

ORDER FOR SUMMONS
Case No. CR 08-0116 MAG