1  BARRY J. PORTMAN
   Federal Public Defender
2  19th Floor Federal Building
   450 Golden Gate Avenue
3  San Francisco, CA 94102
   Telephone: (415) 436-7700

5  Counsel for Defendant Thanh Dinh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.  CR 08-0116 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER AND STIPULATION CONTINUING STATUS HEARING FROM APRIL 29, 2008 TO MAY 8, 2008 |
| THAN DINH, CUONG TRAN, QUANG TRAN, | ) |
| Defendants. | ) |

The undersigned parties stipulate as follows:

1. The parties are currently scheduled to appear before the Court for a status/trial setting hearing on April 29, 2008.

2. Due to unavailability of government counsel on the above-referenced date, and in order to allow for a more informed status conference, the parties hereby request that the matter be continued from April 29, 2008 to May 8, 2008 at 11:00 a.m.

//

//

United States v. Dinh et al. 08-0116
Stipulation and Order Continuing Status Hearing

1

**IT IS SO STIPULATED.**

DATED: April 28, 2008     \_\_\_\_\_/s/_____
                                                      WENDY M. THOMAS
                                                      Assistant United States Attorney

DATED: April 28, 2008     \_\_\_\_\_/s/_____
                                                      BARRY J. PORTMAN
                                                      Federal Public Defender
                                                      Attorney for Defendant T. Dinh

DATED: April 28, 2008     \_\_\_\_\_/s/_____
                                                      BRIAN P. BERSON
                                                      Attorney for Defendant C. Tran

DATED: April 28, 2008     \_\_\_\_\_/s/_____
                                                      SUSAN MARIE RAFFANTI
                                                      Attorney for Defendant Q. Tran

# [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing the status appearance before this Court from April 29, 2008 to May 8, 2008 at 11:00 a.m.

**IT IS SO ORDERED.**

DATED:_____     _____
                                                         THE HON. JAMES LARSON
                                                         Chief Magistrate Judge