BARRY J. PORTMAN
Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Thanh Dinh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 08-0116 MAG |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AND STIPULATION CONTINUING STATUS HEARING FROM APRIL 29, 2008 TO MAY 8, 2008 |
| THAN DINH, CUONG TRAN, QUANG TRAN, | ) | |
| Defendants. | ) | |

The undersigned parties stipulate as follows:

1. The parties are currently scheduled to appear before the Court for a status/trial setting hearing on April 29, 2008.

2. Due to unavailability of government counsel on the above-referenced date, and in order to allow for a more informed status conference, the parties hereby request that the matter be continued from April 29, 2008 to May 8, 2008 at 11:00 a.m.

//

//

United States v. Dinh et al.  08-0116
Stipulation and Order Continuing Status Hearing

1

**IT IS SO STIPULATED.**

DATED: April 28, 2008                                  _____/s/_____
                                                       WENDY M. THOMAS
                                                       Assistant United States Attorney

DATED: April 28, 2008                                  _____/s/_____
                                                       BARRY J. PORTMAN
                                                       Federal Public Defender
                                                       Attorney for Defendant T. Dinh

DATED: April 28, 2008                                  _____/s/_____
                                                       BRIAN P. BERSON
                                                       Attorney for Defendant C. Tran

DATED: April 28, 2008                                  _____/s/_____
                                                       SUSAN MARIE RAFFANTI
                                                       Attorney for Defendant Q. Tran

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing the status appearance before this Court from April 29, 2008 to May 8, 2008 at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: April 28, 2008                                  _____
                                                       THE HON. JAMES LARSON
                                                       Chief Magistrate Judge

United States v. Dinh et al.  08-0116
Stipulation and Order Continuing Status Hearing

2